# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **LEE ADAMS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-1542-ACA-NAD |
| | ) |
| **WARDEN, FCI TALLADEGA,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Lee Adams filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (Doc. 1). The magistrate judge entered a report recommending that the court dismiss Mr. Adams's petition as moot. (Doc. 19). Although the magistrate judge advised the parties of their right to file objections to the report and recommendation within fourteen days (*id*. at 5–6), the court has not received any objections and the deadline for filing objections has passed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** this petition as **MOOT**. All pending motions are **DENIED** as moot.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this March 2, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE